UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DJEMS R. PIERRE

    Plaintiff,

v.

CARRABBA'S ITALIAN GRILL, LLC. and
OS RESTAURANT SERVICES, LLC,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Labor Standards Act, 29 U.S.C. § 201-216 (the "FLSA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and by 29 U.S.C. § 216(b). Venue in this District is proper because Plaintiff resides here, Defendants do business here and the events complained occurred in this district.

## PARTIES

3.    Plaintiff, DJEMS R. PIERRE, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, CARRABBA'S ITALIAN GRILL, LLC., ("Carrabba's") is a limited liability company formed under the laws of the State of Florida and citizen of the

State of Florida with its principal place of business at Fifth Floor, 2202 N. West Shore Boulevard, Tampa, Florida 33607.

5. Carrabba's is registered with the Florida Department of State Division of Corporations as a domestic limited liability company. Its registered agent for service of process is Joseph J. Kadow, Fifth Floor, 2202 N. West Shore Boulevard, Tampa, Florida 33607.

6. Carrabba's has annual sales in excess of $500,000 and is engaged in interstate commerce.

7. Carrabba's was Plaintiff's employer at all times material to the events alleged herein.

8. Defendant, OS RESTAURANT SERVICES, LLC., ("OS Restaurant Services") is a limited liability company formed under the laws of the State of Florida and citizen of the State of Florida with its principal place of business at Fifth Floor, 2202 N. West Shore Boulevard, Tampa, Florida 33607.

9. OS Restaurant Services is registered with the Florida Department of State Division of Corporations as a domestic limited liability company. Its registered agent for service of process is Joseph J. Kadow, Fifth Floor, 2202 N. West Shore Boulevard, Tampa, Florida 33607.

10. OS Restaurant Services has annual sales in excess of $500,000 and is engaged in interstate commerce.

11. OS Restaurant Services was Plaintiff's employer at all times material to the events alleged herein.

## FACTUAL ALLEGATIONS

12. Approximately one year ago, Plaintiff was hired to work at the Carrabba's Italian Grill located at 1430 SE 17 Street, Fort Lauderdale, Florida for hourly wages of $11.00 per hour doing dishwashing and other kitchen work.

13. Plaintiff reported to work for approximately 2 to three weeks.

14. After at least two requests for his pay, a manager at the restaurant gave him a plastic card and told him he could obtain his pay by using the card to make purchases or obtain cash advances through ATM machines.

15. Plaintiff attempted to retrieve his pay from an ATM machine located at a retail store using the plastic card. The ATM machine reported the balance on the card was zero.

16. Plaintiff returned to the restaurant and informed a manager that there was no money on the card.

17. A manager told him that he was wrong that there was money on the card.

18. Plaintiff then went to an ATM machine located at Wells Fargo Bank. The ATM machine at Wells Fargo Bank reported the balance as zero.

19. Thereafter, Plaintiff returned to Wells Fargo Bank for a second try. Again the ATM machine reported the balance as zero.

20. Plaintiff then asked his wife to telephone the number on the back of the plastic card.

21. The person answering the telephone gave Plaintiff's wife, in her words, a "run around".

22. Plaintiff then returned to the restaurant to report the card had a zero balance.

23. A restaurant manager showed Plaintiff an email the manager had previously sent to who he described as the "big boss" informing the big boss that the card had a zero balance.

24. The restaurant manager informed Plaintiff that the big boss had not responded to the manager's email.

25. The restaurant manager asked Plaintiff for his email address and cellular telephone number and said he would let Plaintiff know when the money was on the card.

26. Plaintiff never heard from anyone and the card remained with a zero balance.

27. Defendants willfully, intentionally and knowingly failed to pay Plaintiff his wages.

28. Defendants willfully, intentionally and knowingly failed to pay Plaintiff the minimum wages due under the FLSA.

29. After his employment ended, Plaintiff received a W-2 reflecting gross wages of $660.00.

30. The W-2 states that the name of his employer is OS Restaurant Services, LLC and lists an address of Suite 500, 2202 N. West Shore Boulevard, Tampa, Florida 33607.

31. Plaintiff believes that either Carrabba's or OS Restaurant Services or both were his employer.

32. Plaintiff has incurred actual damages and is entitled to liquidated damages.

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST CARRABBA'S

33. Plaintiff incorporates Paragraphs 1 through 32.

34. Carrabba's willfully failed to pay Plaintiff his minimum wage in violation of the FLSA.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Carrabba's for:

    a. Liquated damages;

    b. Actual damages;

    c. Attorney's fees, litigation expenses and costs of suit; and

    d. Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST OS RESTAURANT SERVICES

35. Plaintiff incorporates Paragraphs 1 through 32.

36. OS Restaurant Services willfully failed to pay Plaintiff his minimum wage in violation of the FLSA.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against OS Restaurant Services for:

    a. Liquated damages;

    b. Actual damages;

    c. Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST CARRABBA'S AND OS RESTAURANT SERVICES JOINTLY

37.    Plaintiff incorporates Paragraphs 1 through 32.

38.    Carrabba's and OS Restaurant Services willfully failed to pay Plaintiff his minimum wage in violation of the FLSA.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Carrabba's and OS Restaurant Services jointly and severally for:

    a.    Liquated damages;

    b.    Actual damages;

    c.    Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com

By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658